```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
PENNY HART,                                    :
                            Plaintiff,     :
                                    :
               -against-         :
                                    :     21-cv-1738 (VEC)
THE TRI-STATE CONSUMER, INC., WT    :
HOLDINGS, INC., AND CHARLES SLATERY, :      ORDER
                                    :
                           Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on February 26, 2021, Plaintiff filed a complaint in this case (Dkt. 1);

       WHEREAS on March 25, 2021 Defendants moved to dismiss Plaintiff's complaint (Dkt. 19);

       WHEREAS on April 15, 2021, Plaintiff filed an Amended Complaint (Dkt. 25);

       IT IS HEREBY ORDERED:  Defendants' motion to dismiss the complaint is dismissed as moot.  As previously directed, Defendants' motion to dismiss Plaintiff's Amended Complaint is due **May 13, 2021** (Dkt. 24);

       The Clerk of Court is respectfully directed to close the open motion at docket entry 19.

**SO ORDERED.**

Date:  April 16, 2021
       New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**