USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PENNY HART,

                     Plaintiff,

        -against-

THE TRI-STATE CONSUMER, INC., WT
HOLDINGS, INC., AND CHARLES SLATERY,

                     Defendants.
------------------------------------------------------------X

21-CV-1738 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 25, 2021, the Court stayed discovery pending resolution of Defendants' motion to dismiss and adjourned the initial pretrial conference *sine die*, Dkt. 35; and

       WHEREAS on November 6, 2021, the Court granted in part and denied in part Defendants' motion to dismiss, Dkt. 37;

       IT IS HEREBY ORDERED that a pretrial conference is scheduled for **December 10, 2021 at 1:00 p.m.** The parties should appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 1738. The parties' joint submission is due by **December 2, 2021**. For a description of the pre-conference submissions requirements, the parties should consult the Court's order at docket entry 9.

**SO ORDERED.**

Date: November 9, 2021
       New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**