USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PENNY HART,

                Plaintiff,

-against-

THE TRI-STATE CONSUMER, INC., WT
HOLDINGS, INC., AND CHARLES SLATERY,

                Defendants.
------------------------------------------------------------X

21-CV-1738 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on July 7, 2022, the Court held a phone conference regarding a discovery dispute between the parties;

IT IS HEREBY ORDERED that the parties must meet and confer for at least one hour to reach an agreement on discovery that is reasonable and proportionate to the needs of the case.

IT IS FURTHER ORDERED that by no later than **Tuesday, July 12, 2022**, the parties must submit a joint letter indicating what discovery issues remain outstanding.

**SO ORDERED.**

Date:  July 7, 2022
       New York, New York

                                      **VALERIE CAPRONI**
                                      **United States District Judge**