USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PENNY HART,                                             :
                                        Plaintiff,      :
                                                        :
                    -against-                           :
                                                        :        21-CV-1738 (VEC)
THE TRI-STATE CONSUMER, INC., WT                        :
HOLDINGS, INC., AND CHARLES SLATERY,                    :        ORDER
                                                        :
                                        Defendants.     :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties were scheduled to appear for a pre-trial conference on Friday,

August 5, 2022, *see* Dkt. 58; and

       WHEREAS the Court granted the parties' request to modify discovery deadlines, with

the fact discovery deadline extended to November 4, 2022, *see* Dkt. 69;

       IT IS HEREBY ORDERED that the pre-trial conference is ADJOURNED to **Friday,**

**November 11, 2022** at 10:00 a.m. in Courtroom 443 of the Thurgood Marshall Courthouse, 40

Foley Square, New York, New York, 10007.

       IT IS FURTHER ORDERED that the parties must submit a joint letter in advance of the

conference by no later than **November 3, 2022**.  For submission requirements, please see docket

entry 46.

**SO ORDERED.**

Date:  **July 29, 2022**
      **New York, New York**

                                      **VALERIE CAPRONI**
                                  **United States District Judge**