```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
PENNY HART,                                     :
                         Plaintiff,     :
                                        :
               -against-            :
                                        :     21-CV-1738 (VEC)
THE TRI-STATE CONSUMER, INC., WT      :
HOLDINGS, INC., AND CHARLES SLATERY,  :     ORDER
                                        :
                        Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the pre-trial conference scheduled for November 11, 2022 is ADJOURNED to **Friday, November 18, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

      IT IS FURTHER ORDERED that the parties' joint letter is due by no later than **November 10, 2022**. For submission requirements, please see docket entry 46.

**SO ORDERED.**

Date: August 1, 2022                                              _____
      New York, New York                                       **VALERIE CAPRONI**
                                                                           **United States District Judge**